UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARK E. GUZZI,

    Plaintiff,

v.

PRESIDENT GEORGE W. BUSH et al,

    Defendant.

Case Number: CV06-06225 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mark E. Guzzi
271 Providence Oaks Circle
Alpharetta, GA 30004

Dated: January 4, 2010

*Frank Justiliano*

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk