IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>NATIONAL SECURITY AGENCY<br>TELECOMMUNICATIONS RECORDS<br>LITIGATION<br><br>This order pertains to:<br><br>Mark E Guzzi v President George W Bush et al, 06-6225 VRW | MDL Docket No 06-1791 VRW<br><br>ORDER |

The parties having entered a stipulation of dismissal pursuant to FRCP 41(a)(1)(A)(ii), doc #713 in M:06-1791/#26 in C06-6225, the action is dismissed. Each party will bear its own costs and fees.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge